**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                   Case No. 3:01cr3/LAC/MD

ERIC WATKINS,

    Defendant.
_____/

**<u>ORDER</u>**

    Before the Court is Defendant's response to the show cause order issued on June 28, 2005. This matter is presently on remand from the Eleventh Circuit Court of Appeals relevant to Defendant's appeal from the March 11, 2005, Order of the Court denying Defendant's motion for return of property. The remand is limited to a determination of whether Defendant's untimely filing of the notice of appeal was the result of excusable neglect or good cause.

    Defendant does not attempt to excuse any default but rather asserts that, since a motion for return of seized property under Rule 41(e) is treated as a civil proceeding, the sixty-day appeal period under Fed.R.App.P. 4(a)(1)(B) applies. *See United States v. Potes Ramirez*, 260 F.3d 1310, 1313-14 (11th Cir. 2001). Thus, Defendant claims that the notice of appeal, filed on the forty-ninth day, was timely.

Under these circumstances, and in consideration of the limited nature of this remand, this Court cannot conclude that Defendant has excused any late filing.[1] However, while it is beyond the scope of the remand for this Court to determine whether Defendant's legal position regarding the deadline is correct, it is respectfully urged that Defendant's argument be considered on its merits.

As directed by the Eleventh Circuit, the Clerk is directed to return the file to the Eleventh Circuit for further proceedings.

**ORDERED** on this 21st day of July, 2005.

                                                   s/ *L.A. Collier*
                                                   Lacey A. Collier
                                   Senior United States District Judge

---

[1] Were Defendant to be incorrect in his argument that he had sixty days to file the appeal, such misunderstanding of the applicable law does not constitute cause to excuse a late filing of the notice of appeal. *See Advanced Estimating System, Inc. v. Riney*, 130 F.3d 996, 998 (11th Cir. 1997); *United States v. Torres*, 372 F.3d 1159, 1163 (10th Cir. 2004).