# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                    CASE NO. 3:01cr3LAC

ERIC WATKINS

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   October 26, 2006

Motion/Pleadings:   MOTION TO DISMISS INDICTMENT BASED UPON A LACK OF JURISDICTION

Filed by DEFENDANT PRO SE   on   10/10/2006   Doc.# 327

RESPONSES:

GOVERNMENT   on   10/27/06   Doc.# 328

                                                 on   Doc.#

☐ Stipulated ☐ Joint Pldg.
☐ Unopposed ☐ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                  Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 30th day of October, 2006, that:*

*(a) The relief requested is **DENIED**.*

*(b)*

s/*L.A. Collier*

***LACEY A. COLLIER***
***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.