FLN (Rev. 4/2004) Deficiency Order  Page 1 of 1
3:01cr31 - UNITED STATES OF AMERICA vs. ERIC WATKINS

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                       Case No. 3:01cr3LAC

ERIC WATKINS

## ORDER

Your document, **MOTION FOR RECONSIDERATION**, was referred to the undersigned with the following deficiency:

    The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

For this reason, IT IS ORDERED that the submitted hard copy of the document shall be returned to you by the Clerk without electronic filing. The motion may be resubmitted with the deficiency corrected.

DONE and ORDERED this 14th day of November, 2006.

                        s/*L.A. Collier*
                        LACEY A. COLLIER
                        SENIOR UNITED STATES DISTRICT JUDGE